JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, | Case No. CV 20-9888 FMO (ASx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JESUS MACIAS, | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 22nd day of February, 2022.

/s/
Fernando M. Olguin
United States District Judge